# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 2540  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 15, 2018

**VIA ECF**  
Hon. Robert W. Sweet  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007



RECEIVED OCT 16 2018 JUDGE SWEET CHAMBERS

Re:   Moreno v. JJ Food Market Corp. et al.;  
      Index No. 17-cv-09439 (RWS)

Your Honor:

   I am one of the attorneys for the Plaintiffs in the above referenced matter. Plaintiffs write jointly with Defendants to respectfully request that the Court refer this matter to the magistrate judge for the purpose of conducting a settlement conference. The parties have had preliminary settlement discussions, but have been unable to resolve this matter. The parties believe a settlement conference before the magistrate judge could be crucial in assisting the parties in reaching a resolution of this matter prior to trial.

   Thank you for the Court's time and consideration.

                                        Respectfully Submitted,

                                        /s/ *Shawn Clark*  
                                        Shawn Clark  
                                        *Counsel for Plaintiffs*

cc:   All Counsel of Record (Via ECF)

[SDNY ELECTRONICALLY FILED stamp; DOC #: ___; DATE FILED: 10-16-18]

So ordered  
Sweet USDJ  
10-16-18

*Certified as a minority-owned business in the State of New York*