UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AURELIO FLORES MORENO and LUCINO
MORALES VICTORIA individually and on behalf
of others similarly situated,

                      Plaintiffs,
      -against-

JJ FOOD MARKET CORP. (d/b/a JJ FOOD
MARKET), and JULIAN RAMOS.

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

17-cv-09439-LTS-KNF

NOTICE OF MOTION AND
MOTION FOR DEFAULT

MEMO ENDORSED

### NOTICE OF MOTION

Please take notice that, upon the annexed declaration of Michael Faillace, Esq., and attached exhibits, and the declarations of Plaintiffs Aurelio Flores Moreno and Lucino Morales Victoria, and all prior papers and proceedings in this case, the Plaintiffs, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants Corporation JJ Food Market Corp. (d/b/a JJ Food Market).

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       August 29, 2019

                                        MICHAEL FAILLACE & ASSOCIATES, P.C.

                              By:    /s/ Michael Faillace, Esq._____
                                      Michael Faillace, Esq.
                                      60 East 42nd Street, Suite 4510
                                      New York, New York 10165
                                      (212) 317-1200
                                      *Attorneys for Plaintiffs*

To:

JJ Food Market Corp. (d/b/a JJ Food Market)
153 East 99th Street
New York, New York 10029

*[Handwritten endorsement:]* The motion, which is unopposed, is granted. DE #32 resolved.

SO ORDERED.

_____ 11/26/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE