UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURELO FLORES MORENO, et al.,                 :

        Plaintiffs,                                    :

       -against-                                          :

153 J AND J FOOD MARKET CORP.                  :
(d/b/a JJ FOOD MARKET), et al.
                                                   :

        Defendants.
------------------------------------------------------------X

**ORDER**

17-CV-9439 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 21, 2020, at 2:00 p.m.  All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York
       June 19, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE