UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
AURELIO FLORES MORENO and LUCINO            :
MORALES VICTORIA,                            :
                                             :
                  Plaintiffs,                :          ORDER
       -against-                             :
                                             :          17-CV-9439 (LTS)(KNF)
153 J AND J FOOD MARKET CORP. (d/b/a JJ FOOD :
MARKET) and JULIAN RAMOS,                     :
                                             :
                  Defendants.                :
----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on July 21, 2020.  As a

result of the discussion had during the conference, IT IS HEREBY ORDERED that all discovery, of

whatever nature, shall be initiated so as to be completed on or before September 21, 2020.

Dated:  New York, New York                   SO ORDERED:
        July 21, 2020

                                             _Kevin Nathaniel Fox_____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE