LAW OFFICES OF HOWARD BENJAMIN
ATTORNEY AT LAW
437 MADISON AVENUE
36TH FLOOR
NEW YORK, NEW YORK 10022

(212) 832-3006

HOWARD BENJAMIN

August 19, 2020

**VIA FACSIMILE AND E-FILE**

Honorable Magistrate Kevin N. Fox
U.S. District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSEMENT

RE: Aurelio Flores Moreno and Lucino Morales Victoria
v. 153 J and J Food Market and Julian Ramos
17-cv-09439

Dear Magistrate Fox:

With respect to the above matter, I enclose the Consent to Change Attorney and Appearance of Counsel I e-filed on behalf of defendants.

On August 11, 2020, I received an e-mail from plaintiff's counsel, Daniel Tannenbaum, Esq. advising me that my e-filing was not the proper method to switch attorneys.

As per Mr. Tannenbaum's e-mail, I reviewed Local Civil Rule 1.4 which appears to require the attorney of record for a party may not withdraw from a case without leave of the Court granted by order.

My understanding based on the defendants' "attorney of record", Enrique Leal, Esq., who signed the Consent to Change Attorney, is that Mr. Leal is not asserting a retaining or charging lien.

My inquiry is whether Mr. Leal is required to make a motion seeking to be relieved since Local Civil Rule 1.4 seems to require the attorney of record seeking to be relieved to do so or whether on order can be granted based on the consents of both the defendants and Mr. Leal.

HOWARD BENJAMIN

Honorable Magistrate Kevin N. Fox
U.S. District Court
Southern District of New York
August 19, 2020
Page 2

Since I do not have an e-mail address for Your Honor, I am e-filing and faxing to you while at the same time I am copying Mr. Tannenbaum, Mr. Leal, and defendants via e-mail.

Respectfully yours,

Howard Benjamin

HB/ies
Encl.

cc: Daniel Tannenbaum, Esq. (via e-mail, with encl.)

Enrique Armando Leal, Esq. (via e-mail, with encl.)

Julian Ramos (via e-mail, with encl.)

9/5/20

The Court is not able to provide litigants or their counsel advice.  Counsel is directed to review the relevant Local Civil Rule of this court and the associated Committee Note and to proceed in strict accordance with the same.

SO ORDERED:

Kevin Nathaniel Fox, USMJ

**Notices**

1:17-cv-09439-LTS-KNF Flores Moreno et al v. JJ Food Market Corp. et al

CASREF,ECF

# U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Benjamin, Howard on 7/23/2020 at 10:45 AM EDT and filed on 7/23/2020

**Case Name:** Flores Moreno et al v. JJ Food Market Corp. et al
**Case Number:** 1:17-cv-09439-LTS-KNF
**Filer:** Julian Ramos
**Document Number:** 63

**Docket Text:**
**NOTICE OF APPEARANCE by Howard Benjamin on behalf of Julian Ramos. (Attachments: # (1) Supplement Notice of Appearance of Counsel).(Benjamin, Howard)**

**1:17-cv-09439-LTS-KNF Notice has been electronically mailed to:**

Daniel Alan Tannenbaum     dtannenbaum@faillacelaw.com

Enrique Armando Leal     enriqueleal219@gmail.com

Howard Benjamin     hollywilson43@gmail.com

Michael Antonio Faillace     michael@faillacelaw.com, brenda@faillacelaw.com, ctucker@faillacelaw.com, dtannenbaum@faillacelaw.com, fgomez@faillacelaw.com, jbarton@faillacelaw.com, jorge@faillacelaw.com, kjohnson@faillacelaw.com, paralegal10@faillacelaw.com, paralegal11@faillacelaw.com, paralegal12@faillacelaw.com, paralegal15@faillacelaw.com, paralegal4@faillacelaw.com, paralegal6@faillacelaw.com, paralegal7@faillacelaw.com, paralegal9@faillacelaw.com, reception@faillacelaw.com

**1:17-cv-09439-LTS-KNF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/23/2020] [FileNumber=24325646-0] [8c37f17d24937225eceae074e78b14f059ea97df5b53cd7eb0c01126b33d62af58 add95dbd77b86a6b5241de46e9064bf4570c06141758233e3c58f014405122]]
**Document description:** Supplement Notice of Appearance of Counsel
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/23/2020] [FileNumber=24325646-

1] [45e74e91675a1cca9605ff91bf356ff3da79612173085fa2da8fcad339ff0cc31d81b30d7e08b1dffd8e43d34d55880403451f64c796f83b934bc00e63db6b4d]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURELIO FLORES MORENO and LUCINO
MORALES VICTORIA *individually and on behalf*            17-CV-9439
*of others similarly situated,*

                                   Plaintiff,            **CONSENT TO
                                                                   CHANGE ATTORNEYS**

    -against-

153 J and J FOOD MARKET CORP. (d/b/a JJ
FOOD MARKET) and JULIAN RAMOS,

                                   Defendants.
------------------------------------------------------------X

       The undersigned hereby consents and agrees that Howard Benjamin, Esq., attorney of record for Plaintiff/Defendant, be changed and that Howard Benjamin, Esq. with offices located at 437 Madison Avenue, 36th Floor, New York, New York 10022, be substituted as attorney for Plaintiff/Defendant in the place and instead of Enrique A. Leal, Esq.

Dated:    New York, New York
             July 21, 2020

                                                                  JJ FOOD MARKET CORP.
                                                                  Defendant
                                                                  By: JULIAN RAMOS

                                                                  JULIAN RAMOS
                                                                 Defendant

                                                                HOWARD BENJAMIN, ESQ.
                                                                Incoming Attorney

                                                                ENRIQUE A. LEAL, ESQ.
                                                               Outgoing Attorney

## ACKNOWLEDGMENT

STATE OF NEW YORK )
                                    ) SS.:
COUNTY OF NEW YORK )

On the 21st day of July in the year 2020, before me, the undersigned, a notary public in and for said state, personally appeared JULIAN RAMOS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

IVETTE E SANTIAGO
Notary Public, State of New York
No. 01SA4802301
Qualified in Bronx County
Commission Expires Nov. 30, 20__

2

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| Aurelio Flores Morales and Lucino Morales Victoria individually and on behalf of others similarly situated, <br> _____ <br> *Plaintiff* <br> 153 J and J Food Market Corp. (d/b/a JJ Food Market) and Julian Ramos, <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) Case No.   17-CV-9439 <br> ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

153 J and J Food Market Corp. (d/b/a JJ Food Market) and Julian Ramos, _____.

Date: New York, New York
July 22, 2020

_____
*Attorney's signature*

HOWARD BENJAMIN, ESQ.
*Printed name and bar number*

437 Madison Avenue, 36th Fl.
New York, New York 10022
_____
*Address*

benjesq@aol.com
_____
*E-mail address*

(212) 832-3006
_____
*Telephone number*

(212) 829-1518
_____
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AURELIO FLORES MORENO and LUCINO
MORALES VICTORIA *individually and on behalf*　　　　　17-CV-9439
*of others similarly situated,*

                              Plaintiff,         **CONSENT TO**
                                                   **CHANGE ATTORNEYS**

      -against-

153 J and J FOOD MARKET CORP. (d/b/a JJ
FOOD MARKET) and JULIAN RAMOS,

                              Defendants.
-----------------------------------------------------------X

      The undersigned hereby consents and agrees that Howard Benjamin, Esq., attorney of record for Plaintiff/Defendant, be changed and that Howard Benjamin, Esq. with offices located at 437 Madison Avenue, 36th Floor, New York, New York 10022, be substituted as attorney for Plaintiff/Defendant in the place and instead of Enrique A. Leal, Esq.

Dated:    New York, New York
              July 21, 2020

                                                           _____
                                                            JJ FOOD MARKET CORP.
                                                            Defendant
                                                           By: JULIAN RAMOS

                                                           _____
                                                            JULIAN RAMOS
                                                           Defendant

                                                           _____
                                                           HOWARD BENJAMIN, ESQ.
                                                           Incoming Attorney

                                                           _____
                                                           ENRIQUE A. LEAL, ESQ.
                                                           Outgoing Attorney

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                          TIME  : 08/19/2020 13:47
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : U63274C8J566365
```

```
DATE,TIME                    08/19  13:45
FAX NO./NAME                 2128056712
DURATION                     00:01:24
PAGE(S)                      09
RESULT                       OK
MODE                         STANDARD
                             ECM
```