# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

woates@faillacelaw.com

January 19, 2021

**VIA ECF**
Hon. Laura T. Swain
United States District Judge
United States District Court                          **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      Aurelio Flores Moreno, et al. v. 153 J and J Food Market Corp., et al
                Index No.: 17-cv-09439-LTS-KNF

Your Honor:

      Our office represents Plaintiffs in the above-captioned matter. We write to respectfully request a brief adjournment of the final pre-trial conference in this matter, which is currently scheduled for Friday, January 22, 2021 at 11:30 a.m. This is Plaintiffs' first request to adjourn the final pre-trial conference. The reason for this request is due to a scheduling conflict in the undersigned's schedule. Defendants consent to the within request.

      Subject to the Court's calendar, the parties are available for the final pre-trial conference on January 27, 2021 at any time that is convenient to the Court.

      We thank the Court for its time and attention to this matter.

In light of the pending summary judgment motion, the final pretrial conference is adjourned to June 11, 2021, at 2:00 p.m., and the related deadlines are suspended pending further order of the Court. DE# 92 resolved. SO ORDERED.
/s/ Laura Taylor Swain, USDJ 1/19/21

Respectfully submitted,

/s/_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

    cc:    Howard Benjamin, Esq. (via ECF)
           *Attorney for Defendants*

1