# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

May 24, 2021

**Via ECF**

Hon. Laura Taylor Swain
United States Chief District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Aurelio Flores Moreno, et al. v. 153 J and J Food Market Corp., et al
      Index No.: 17-cv-09439-LTS-KNF

Your Honor:

  My office represents Plaintiff in the above-captioned matter. I write, jointly with Defendants, and in response to the Court's correspondence dated May 21, 2021, to inform the Court that the parties have reached a settlement in principle with respect to their claims and defenses, subject to the execution of a mutually acceptable written settlement agreement and Court approval of same. Accordingly, the parties respectfully request an adjournment of the final pre-trial conference and to submit a settlement agreement for the Court's review by June 25, 2021.

  The parties thank the Court for its time and consideration of this matter.

                Respectfully submitted,

                /s_____
                William K. Oates, Esq.
                Michael Faillace & Associates, P.C.
                *Attorneys for Plaintiffs*

cc: Howard Benjamin, Esq. (via ECF)
   *Attorney for Defendants*