# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

May 24, 2021

**Via ECF**

Hon. Laura Taylor Swain
United States Chief District Judge
United States District Court　　　　　　　　　**MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　　　　Re:　Aurelio Flores Moreno, et al. v. 153 J and J Food Market Corp., et al
　　　　　　　　　　　Index No.: 17-cv-09439-LTS-KNF

Your Honor:

　　　　My office represents Plaintiff in the above-captioned matter. I write, jointly with Defendants, and in response to the Court's correspondence dated May 21, 2021, to inform the Court that the parties have reached a settlement in principle with respect to their claims and defenses, subject to the execution of a mutually acceptable written settlement agreement and Court approval of same. Accordingly, the parties respectfully request an adjournment of the final pre-trial conference and to submit a settlement agreement for the Court's review by June 25, 2021.

　　　　The parties thank the Court for its time and consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　William K. Oates, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

cc:　　Howard Benjamin, Esq. (via ECF)
　　　　*Attorney for Defendants*

Application granted. The final pretrial conference currently scheduled for June 11, 2021, at 2:00 p.m., is adjourned sine die. The parties shall submit their settlement agreement for the Court's review by June 25, 2021. DE#99 resolved.
SO ORDERED.
Dated: May 24, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

*Certified as a minority-owned business in the State of New York*